No. 93–5250. HARRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5462. GRAY v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–5474. MOUNT v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 93–5487. WINDHAM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5505. WILDBERGER v. ROSENBAUM ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–5530. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5581. JONES v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 93–5585. ROBERSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–5586. MORENO v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–5600. VINAGERA-CESAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5621. THOMPSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–5631. NICHOLS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5646. CULLUM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5818. RAMIREZ DELOSANTOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5820. HERRERA v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.